Joseph E. Cotterman (Bar No. 13800)
Anthony H. Misseldine (Bar No. 11625)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:   (602) 530-8500
Email:   jec@gknet.com
         ahm@gknet.com
Attorneys for Plaintiff/Counterdefendant
  Vistar Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vistar Corporation, a Colorado corporation, | Case No.  CV-10-0593-PHX-NVW |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Star Buffet, Inc., a Delaware corporation; Starlite Holdings, Inc., a Delaware corporation; Star Buffet Management, Inc., a Delaware corporation; and Northstar Buffet, Inc., a Delaware corporation, | |
| Defendants. | |
| Star Buffet, Inc. a Delaware corporation, | |
| Counter Claimant, | |
| v. | |
| Vistar Corporation, a Colorado corporation, | |
| Counter Defendant. | |

1 | Plaintiff/Counterdefendant Vistar Corporation provides this Court with notice that the parties to this action have reached a settlement. The parties are in the process of preparing final documentation concerning the settlement and will lodge with this Court, within thirty days, a form of Stipulated Judgment.

DATED this 23rd day of July, 2010.

GALLAGHER & KENNEDY, P.A.

By   s/ Joseph E. Cotterman
    Joseph E. Cotterman
    Anthony H. Misseldine
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225
    Attorneys for Plaintiff/
      Counterdefendant Vistar Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of July, 2010, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Paul J. McGoldrick, Esq.
    Asa W. Markel, Esq.
    SHORALL McGOLDRICK BRINKMAN
    1232 East Missouri Avenue
    Phoenix, Arizona  85014
    Attorneys for Defendant/Counterclaimant
      Star Buffet, Inc.

   s/ Dawn Sylvester
14578-0009/2507779